# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 162 DB 2014  (No. 9 RST 2015) |
| | : | |
| | : | |
| JEFFREY DOUGLAS GROSSETT | : | Attorney Registration No.  89987 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Erie County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 15th day of January, 2015, the Report and Recommendation of Disciplinary Board Member dated January 6, 2015, is approved and it is ORDERED that Jeffrey Douglas Grossett, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.